KOHLER ET AL. *v.* TUGWELL, TREASURER OF LOUISIANA, ET AL.

No. 933.  Decided February 24, 1969.

*Donald V. Organ* for appellants.

*Dorothy Wolbrette* and *William P. Curry,* Assistant Attorneys General of Louisiana, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MEEKS *v.* FLOURNEY, SHERIFF, ET AL.

No. 81, Misc.  Decided February 24, 1969.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers, Lonny F. Zwiener,* and *Gilbert J. Pena,* Assistant Attorneys General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Texas for further consideration in light of *Smith* v. *Hooey, ante,* p. 374.